UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

In re:

KING SERVICE, INC., d/b/a King Fuels,

                           Debtor.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

KING SERVICE, INC., d/b/a King Fuels,

                           Plaintiff,

    -v-                                        5:05-CV-900

NIAGARA MOHAWK POWER CORPORATION,

                           Defendant.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

APPEARANCES:                                    OF COUNSEL:

FRIEDMAN, HIRSCHEN, MILLER &                    JEFFREY N. MILLER, ESQ.
   CAMPITO, P.C.
Attorneys for Debtor-Plaintiff
131 State Street, P.O. Box 1041
Schenectady, NY 12301-1041

NIAGARA MOHAWK POWER CORPORATION                JOHN T. PARKINSON, ESQ.
Defendant                                       Managing Counsel
300 Erie Boulevard West
Syracuse, New York 13202

HISCOCK & BARCLAY, LLP                          MICHAEL J. SMITH, ESQ.
Attorneys for Defendant
50 Beaver Street
Albany, NY 12207-2830


DAVID N. HURD
United States District Judge

## **MEMORANDUM-DECISION and ORDER**

Niagara Mohawk moves to withdraw the reference to the Bankruptcy Court. King Service, Inc. opposes. The motion was taken on submission without oral argument.

Niagara Mohawk's motion is grounded in the theory that, given the CERCLA action pending in the district court, good cause exists to hear the CERCLA matter and the adversary proceeding, which is based upon environmental contamination and remediation at the same site as the CERCLA action, in the same forum. In a Memorandum-Decision and Order in the CERCLA action, No. 98-CV-1039, filed this date, dismissing that case in its entirety, there remain no grounds for withdrawing the reference.

Accordingly, it is

ORDERED that Niagara Mohawk Power Corporation's motion to withdraw the reference is DENIED.

IT IS SO ORDERED.

United States District Judge

Dated: June 28, 2006
       Utica, New York.